MARIA N. PELAEZ et al., Appellants, v LAURA SEIDE et al., Defendants, and COUNTY OF PUTNAM et al., Respondents.

Submitted December 22, 2003; decided January 8, 2004

Motion by Athari Law Office for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.